<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 04-6255**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FREDDIE EUGENE WALKER, a/k/a Big Freddie,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge. (CR-95-39)

─────────

Submitted:  May 27, 2004          Decided:  June 3, 2004

─────────

Before WIDENER, MICHAEL, and KING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Freddie Eugene Walker, Appellant Pro Se.  Michael R. Smythers, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Freddie Eugene Walker appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Walker, No. CR-95-39 (E.D. Va. Nov. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -